UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-00261-MOC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **MARCUS HAMMONDS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se motion to correct the spelling of his name.

**IT IS ORDERED** that the Government **SHALL RESPOND** respond to Defendant's motion within twenty (20) days of the entry of this order. The Government's response **SHALL ADDRESS** (1) whether the Government intends to resolve the alleged misspelling of Defendant's name within the BOP system, and (2) if not, whether the Government objects to the Court's amendment of the judgment in this case to reflect the preferred spelling of Defendant's name.

*[Signature]*
Max O. Cogburn Jr.
United States District Judge