UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-00261-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **MARCUS HAMMONDS**, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court on Defendant's pro se motion to correct the spelling of his name. (Doc. No. 41). Specifically, Defendant moves the Court to correct the spelling of his name in this Court's Judgment of August 26, 2019. (Doc. No. 37). Defendant's name is spelled "Markus" with a "k", but the Judgment refers to Defendant as "Marcus" with a "c." (Doc. No. 41). The Government does not oppose Defendant's motion. (Doc. No. 43).

Rule 36 of the Federal Rules of Criminal Procedure permits the Court to, at any time, "correct a clerical error in a judgment." Fed. R. Crim. P. 36. The Rule permits only non-substantive alterations. Marmolejos v. United States, 789 F.3d 66, 71 (2d Cir. 2015). Because Defendant requests a clerical, non-substantive change, the Court will grant his motion.

**ORDER**

**IT IS, THEREFORE, ORDERED**, that Defendant's pro se motion to correct the spelling of his name, (Doc. No. 41), is **GRANTED**. The Clerk of Court is instructed to draft an amended Judgment to reflect Defendant's preferred spelling of his name as "Markus."

Signed: April 26, 2024

*[Signature]*
Max O. Cogburn Jr.
United States District Judge